**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ASHLEIGH FRANKLE, individually and on behalf of all others similarly situated, | Civil No. 08-5501 (JRT/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| BEST BUY STORES, L.P., | |
| Defendant. | |

Stuart A. Davidson and Cullin A. O'Brien, **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**, 120 East Palmetto Park Road, Suite 500, Boca Raton, FL 33432; T. John Kirk, **MADDOX HARGETT & CARUSO, PC**, 10100 Lantern Road, Suite 150, Fishers, IN 46037; Michael I. Fistel, Jr., **HOLZER HOLZER & FISTEL, LLC**, 200 Ashford Center North, Suite 300, Atlanta, GA 30338; and Garrett D. Blanchfield, Jr., **REINHARDT WENDORF & BLANCHFIELD**, 332 Minnesota Street, Suite E-1250, St. Paul, MN 55101, for plaintiff.

Anne M. Lockner, Brent L Reichert, and Jennifer G. Daugherty, **ROBINS KAPLAN MILLER & CIRESI LLP**, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015, for defendant.

This matter is before the Court on the Stipulation and Protective Order filed by all parties on June 17, 2009 [Docket No. 66].

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court adopts the foregoing provisions of the Stipulation as an Order governing further proceedings in this action.

DATED: June 18, 2009                         ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                JOHN R. TUNHEIM
                                                United States District Judge